UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AESHIA REMAE WILLIS ,<br><br>            Plaintiff,<br><br>   v.<br><br>KING COUNTY CORRECTIONAL FACILITY,<br><br>            Defendant. | CASE NO. 2:25-cv-01319-BJR-BAT<br><br>**ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING INSTITUTION TO CALCULATE, COLLECT, AND FORWARD PAYMENTS** |

Plaintiff is a prisoner proceeding *pro se* in this civil rights action. The Court, having reviewed plaintiff's application to proceed *in forma pauperis*, hereby finds and ORDERS as follows:

(1) The Court GRANTS Plaintiff's application to proceed *in forma pauperis* (Dkt. 3).

(2) Pursuant to 28 U.S.C. § 1915, and Plaintiff's approved application to proceed *in forma pauperis*, the agency having custody of the above-named Plaintiff is directed to calculate an initial partial filing fee equal to 20 percent of the greater of either: (a) the average monthly deposits to the prisoner's account; or (b) the average monthly balance in the Plaintiff prisoner's account for the 6-month period immediately preceding the date of this Order. The initial partial filing fee should be forwarded to the Clerk of Court as soon as practicable.

1   Subsequently, if the prisoner's account exceeds $10.00, each month the agency having
2   custody of the prisoner is directed to collect and forward payments equal to 20 percent of the
3   prisoner's preceding month's income credited to the prisoner's account.  If the monthly payment
4   would reduce the prisoner's account below $10.00, the agency should collect and forward only
5   that amount which would reduce the prisoner's account to the $10.00 level.  Please note this
6   $10.00 limit does not apply to the initial partial filing fee described above. Finally, the monthly
7   payments should be collected and forwarded to the Court until the entire filing fee ($350.00) for
8   this matter has been paid.

9   (3)   The Clerk shall provide a copy of this Order to Plaintiff, to the financial officer of
10  this Court, and to the agency having custody of Plaintiff.

11  DATED this 25th day of July, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO PROCEED IN
FORMA PAUPERIS AND DIRECTING INSTITUTION TO
CALCULATE, COLLECT, AND FORWARD PAYMENTS - 2