UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AESHIA REMAE WILLIS, <br><br> Plaintiff, <br><br> v. <br><br> KING COUNTY CORRECTIONAL FACILITY, <br><br> Defendant. | CASE NO. 2:25-cv-01319-BJR-BAT <br><br> **ORDER DISMISSING KING COUNTY CORRECTIONAL FACILITY** |

Having reviewed, *de novo*, the Report and Recommendation of the assigned United States Magistrate Judge, any objections or responses,[1] and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The complaint names one Defendant, King County Correctional Facility. This Defendant is dismissed with prejudice.

(3) Plaintiff is granted leave to file an amended complaint no later than 21 days from the date of this order. If an amended complaint is not filed within this time frame, the clerk shall enter judgment for dismissal with prejudice and shall close the matter.

---

[1] The Court notes that no objections have been filed.

ORDER DISMISSING KING COUNTY
CORRECTIONAL FACILITY - 1

1      (4)    The Clerk shall not terminate the referral to the assigned Magistrate Judge at this point.

(5)    The Clerk shall provide copies of this Order to the parties.

Dated this 25th day of November 2025.

*[signature: Barbara J. Rothstein]*

BARBARA J. ROTHSTEIN
United States District Judge

ORDER DISMISSING KING COUNTY
CORRECTIONAL FACILITY - 2