UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AESHIA REMAE EDWARDS also known as AESHIA REMAE WILLIS,

Plaintiff,

v.

KING COUNTY DEPARTMENT OF CORRECTIONS,,

Defendant.

CASE NO. 2:25-cv-01319-TL-BAT

**ORDER DISMISSING THE CASE WITH PREJUDICE**

Having reviewed, *de novo*, the Report and Recommendation, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The case is dismissed with prejudice.

(3) The Clerk shall provide a copy of this Order to the parties.

Dated this 20th day of July, 2026.

TANA LIN
United States District Judge